**Bruce W. Brewer**, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff


# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON


**KAREN FOWLER**,                                              Case No. 3:16-cv-01520-SI

        Plaintiff,

                                            ORDER (EAJA FEES)

vs.

**COMMISSIONER,**
of Social Security
Administration,

        Defendant.
_____

        Based upon the supporting documentation and the stipulation of the parties, it is hereby

ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee

in the amount of $7,071.35 is awarded to Plaintiff.  It is further ORDERED that the

aforementioned attorney fee shall be paid directly to Plaintiff's attorney, dependent upon

verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant

to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).  If

Plaintiff has no such debt, then it is ORDERED that the check shall be made payable to

Plaintiff's attorney, Bruce  Brewer, and mailed to him at PO Box 421, West Linn, OR 97068.  If

Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.  There are no costs or expenses to be paid herein.

DATED this __13th__ day of ___April_____, 2018.


___/s/ Michael H. Simon_____
The Honorable Michael H. Simon
United States District Court Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff